**CLAYEO C. ARNOLD**
**A Professional Corporation**
Clayeo C. Arnold, SBN 65070
Kirk J. Wolden, SBN 138902
608 University Avenue
Sacramento, CA 95825
Telephone (916) 924-3100
Fax: (916) 924-1829

Attorney for Plaintiffs,
GLEN CORWIN and SHAWN CORWIN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| GLEN CORWIN and SHAWN CORWIN, | Case No: 2:08-cv-1506 |
| Plaintiffs, | STIPULATION FOR DISMISSAL |
| vs. | |
| DePUY SPINE SYSTEMS, INC., HUBER MEDICAL SYSTEMS, INC., BENJAMIN J. REMINGTON, M.D., DOCTORS MEDICAL CENTER OF MODESTO, CNS NEUROSURGERY MEDICAL GROUP, and DOES 1 through 50, inclusive, | |
| Defendants. | |

WHEREAS,

1. A dispute has arisen regarding plaintiffs' asserted basis for Federal jurisdiction; and

2. The parties have agreed to resolve that dispute whereby plaintiffs' voluntarily dismiss this action in consideration for defendant Remington's and Doctors Medical Center's limited waiver of the statute of limitations.

THE PARTIES BY AND THROUGH THEIR COUNSEL DO HEREBY AGREE AND STIPULATE AS FOLLOWS:

1  This action is voluntarily dismissed by plaintiffs pursuant to Rule 41 (1)(a)(I).

3  SO STIPULATED.

5  Dated: October 2, 2008                CLAYEO C. ARNOLD
                                         A Professional Law Corporation

8                                        By: _____/S/_____
                                              KIRK J. WOLDEN
9                                             Attorney for the Plaintiffs

10 Dated: October 3, 2008                DUMMIT, BUCHHOLZ & TRAPP

12                                       By: _____/S/_____
                                              Daniela Stoutenburg, Esq.
13                                            Attorney for the Defendant,
                                              DOCTORS MEDICAL CENTER OF
14                                             MODESTO

16 Dated: September 30, 2008             YUKEVICH CALFO & CAVANAUGH

18                                       By: ____/S/_____
                                              Holiday D. Powell
                                              Attorney for the Defendant,
19                                            DEPUY SPINE SYSTEMS, INC., HUBER
                                              MEDICAL SYSTEMS, INC.

20 Dated: October 3, 2008                McCORMICK, BARSTOW, et al.

23                                       By: ____/S/_____
                                              Matthew Hawkins
                                              Attorney for the Defendant,
24                                            BENJAMIN J. REMINGTON, M.D.

**IT IS SO ORDERED.**

Dated: October 3, 2008

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE